**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jinkins HOPKINS, Defendant–Appellant.**

No. 02–6389.

United States Court of Appeals, Fourth Circuit.

Submitted July 30, 2002.

Decided Aug. 22, 2002.

---

Jinkins Hopkins, Appellant Pro Se. Mark C. Moore, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jinkins Hopkins seeks to appeal the district court's order denying his motion under 28 U.S.C. § 2255 (2000). He raises a claim under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), asserting that his sentence on three charges arising out of a marijuana conspiracy violates the statutory maximum set forth in 21 U.S.C. § 841(b)(4) (2000). The decision in *Apprendi* issued prior to Hopkins' conviction, and he did not object to his sentence in light of *Apprendi.* Accordingly, this claim is procedurally barred. *See Bousley v. United States,* 523 U.S. 614, 622, 118 S.Ct. 1604, 140 L.Ed.2d 828 (1998); *United States v. Sanders,* 247 F.3d 139, 145 (4th Cir.), *cert. denied,* —— U.S. ——, 122 S.Ct. 573, 151 L.Ed.2d 445 (2001). Thus, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*